**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| *CHESTER O'QUINN, #K-92939* | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Cause No. 13-cv-01342-JPG** |
| *DONALD GAETZ, et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**ANSWER OF JANET DAUGHERTY TO PLAINTIFF'S AMENDED COMPLAINT**

COMES NOW defendant, Janet Daugherty, ("Nurse Daugherty") by and through her attorneys, Sandberg Phoenix & von Gontard, P.C., and for her Answer to Plaintiff's Amended Complaint (Doc. 10), states as follows:

**I.  JURISDICTION**

A.  RESPONSE:  Admitted upon information and belief.

B.  RESPONSE:  As the allegations against Donad Gaetz are not directed towards this Defendant, no response is offered thereto.  In the event the allegations in this paragraph are construed as against Nurse Daugherty, they are denied.

C.  RESPONSE:  As the allegations against Thomas Spiller are not directed towards this Defendant, no response is offered thereto.  In the event the allegations in this paragraph are construed as against Nurse Daugherty, they are denied.

1. RESPONSE:    As the allegations against Dr. Shah are not directed towards this Defendant, no response is offered thereto.   In the event the allegations in this paragraph are construed as against Nurse Daugherty, they are denied.

2. RESPONSE:    As the allegations against Angel Rector are not directed towards this Defendant, no response is offered thereto.   In the event the allegations in this paragraph are construed as against Nurse Daugherty, they are denied.

3. RESPONSE:    As the allegations against Nurse Abby are not directed towards this Defendant, no response is offered thereto.   In the event the allegations in this paragraph are construed as against Nurse Daugherty, they are denied.

4. RESPONSE:    As the allegations against Nurse Amy are not directed towards this Defendant, no response is offered thereto.   In the event the allegations in this paragraph are construed as against Nurse Daugherty, they are denied.

5. RESPONSE:  As the allegations against Counselor Markel are not directed towards this Defendant, no response is offered thereto.   In the event the allegations in this paragraph are construed as against Nurse Daugherty, they are denied.

6. RESPONSE:  As the allegations against Counselor Melvin are not directed towards this Defendant, no response is offered thereto.   In the event the allegations in this paragraph are construed as against Nurse Daugherty, they are denied.

7. RESPONSE:    As the allegations against Nurse Peek are not directed towards this Defendant, no response is offered thereto.   In the event the allegations in this paragraph are construed as against Nurse Daugherty, they are denied.

5088108.1

8. RESPONSE: As the allegations against Mailroom Supervisor Hale are not directed towards this Defendant, no response is offered thereto. In the event the allegations in this paragraph are construed as against Nurse Daugherty, they are denied.

9. RESPONSE: As the allegations against Officer Olmsted are not directed towards this Defendant, no response is offered thereto. In the event the allegations in this paragraph are construed as against Nurse Daugherty, they are denied.

10. RESPONSE: As the allegations against Paralegal Michele Crews are not directed towards this Defendant, no response is offered thereto. In the event the allegations in this paragraph are construed as against Nurse Daugherty, they are denied.

11. RESPONSE: As the allegations against Dentist Chapman are not directed towards this Defendant, no response is offered thereto. In the event the allegations in this paragraph are construed as against Nurse Daugherty, they are denied.

12. RESPONSE: As the allegations against Mental Health Worker Stewart are not directed towards this Defendant, no response is offered thereto. In the event the allegations in this paragraph are construed as against Nurse Daugherty, they are denied.

13. RESPONSE: As the allegations against Director of Medical Records Angie are not directed towards this Defendant, no response is offered thereto. In the event the allegations in this paragraph are construed as against Nurse Daugherty, they are denied.

14. RESPONSE: As the allegations against Clothing Room Supervisor Pat Rensing are not directed towards this Defendant, no response is offered thereto. In the event the allegations in this paragraph are construed as against Nurse Daugherty, they are denied.

5088108.1

15. RESPONSE:  As the allegations against Health Care Unit Administrator Christine Brown are not directed towards this Defendant, no response is offered thereto.  In the event the allegations in this paragraph are construed as against Nurse Daugherty, they are denied.

16. RESPONSE:  Nurse Daugherty admits that she is a nurse as alleged in Paragraph I(16) of Plaintiff's Amended Complaint.  Nurse Daugherty denies that she was employed by the state, local or federal government as alleged.

17. RESPONSE:  As the allegations against Warden and ADA Coordinator Jody Gogetting are not directed towards this Defendant, no response is offered thereto.  In the event the allegations in this paragraph are construed as against Nurse Daugherty, they are denied.

18. RESPONSE:  As the allegations against IDOC Medical Director Louis Shicker are not directed towards this Defendant, no response is offered thereto.  In the event the allegations in this paragraph are construed as against Nurse Daugherty, they are denied.

19. RESPONSE:  As the allegations against Regional Medical Director of Wexford Health Sources Roderick Matticks are not directed towards this Defendant, no response is offered thereto.  In the event the allegations in this paragraph are construed as against Nurse Daugherty, they are denied.

## II. PREVIOUS LAWSUITS

A. RESPONSE:  Defendant lacks sufficient knowledge and information to admit or deny this allegation, and therefore denies same.

B. RESPONSE:  Defendant lacks sufficient knowledge and information to admit or deny this allegation, and therefore denies same.

## III. GRIEVANCE PROCEDURE

A. RESPONSE:    As Plaintiff checked both "yes" and "no" Nurse Daugherty cannot adequately respond to Plaintiff's allegation but admits that there is a grievance procedure at the institution.

B. – G. RESPONSE:    Defendant lacks sufficient knowledge and information to admit or deny these allegations, and therefore denies same.

H. RESPONSE:    Plaintiff failed to attach copies of his request(s) for administrative remedies and any response(s) he received thereto, therefore no answer is required.

## IV. STATEMENT OF CLAIM

Defendant denies that the allegations Plaintiff makes constitute a "totality of the conditions theory" as claimed in the opening paragraph of Plaintiff's Statement of Claim and that the issues presented as to this Defendant demonstrate violations of Plaintiff's 1st, 8th and 14th Amendment rights.    Plaintiff's statement that he has not exhausted the remedies available to him speaks for itself and requires no answer.    To the extent this paragraph contains allegations regarding patient care directed at Dr. Shah, those allegations are denied.    To the extent Plaintiff seeks "Prospective Relief with a Preliminary and Permanent Injunction" those issues have been addressed in a separate Motion and hearing.    The remaining statements contained in this paragraph are neither allegations directed at this Defendant nor are they relevant to any issues pending in this lawsuit, therefore no response is required.

### Issue 1: Denial of Medical Care

1(a)    These allegations are not directed against Nurse Daugherty, therefore, no response is offered thereto.

5088108.1

1(b)    These allegations are not directed against Nurse Daugherty, therefore, no response is offered thereto.

1(c)    These allegations are not directed against Nurse Daugherty, therefore, no response is offered thereto.

1(d)    These allegations against "Pinckneyville's nurses" were dismissed without prejudice by the Court's Memorandum and Order of April 1, 2014, therefore no answer is required.  The allegations against Defendant Peek were severed from this action by the Court's Memorandum and Order of April 1, 2014, therefore no answer is required.

1(e)    These allegations are not directed against Nurse Daugherty, therefore, no response is offered thereto.

1(f)    The allegations in this paragraph were severed from this action by the Court's Memorandum and Order of April 1, 2014, therefore, no answer is required.

1(g)    To the extent these allegations are directed against Nurse Daugherty, those allegations are denied.  To the extent they are not directed towards this Defendant, no response is offered thereto.

1(h)    These allegations are not directed against Nurse Daugherty, therefore, no response is offered thereto.

1(i)    The allegations in this paragraph were dismissed without prejudice in the Court's Memorandum and Order of April 1, 2014, therefore, no answer is required.

1(j)    The allegations in this paragraph were severed from this action by the Court's Memorandum and Order of April 1, 2014, therefore, no answer is required.

1(k)    The allegations in this paragraph were severed from this action by the Court's Memorandum and Order of April 1, 2014, therefore, no answer is required.

5088108.1

1(l)    The allegations in this paragraph were dismissed with prejudice in the Court's Memorandum and Order of April 1, 2014, therefore, no answer is required.

1(m)    The allegations in this paragraph were dismissed with prejudice in the Court's Memorandum and Order of April 1, 2014, therefore, no answer is required.

### Issue 2: Denial of Indigent Supplies

2.    The allegations in Issue 2 are not directed towards Nurse Daugherty, therefore, no response is offered thereto.

### Issue 3: Denial of Nutritionally Adequate Diet

3.    The allegations in Issue 3 are not directed towards Nurse Daugherty, therefore, no response is offered thereto.

### Issue 4: Unconstitutional Conditions of Confinement

4.    The allegations in Issue 4 are not directed towards Nurse Daugherty, therefore, no response is offered thereto.

### Issue 5: Grievances

5.    The allegations in Issue 5 are not directed towards Nurse Daugherty, therefore, no response is offered thereto.

### Issue 6: Retaliation

6.    The allegations in Issue 6 are not directed towards Nurse Daugherty, therefore, no response is offered thereto.

### SUMMARY/CONCLUSION OF FACTS

RESPONSE:  The Summary/Conclusion of Facts in Plaintiff's Amended Complaint is not a factual assertion, but rather states a legal conclusion, therefore no response is required. To the extent the statements in Plaintiff's "Relief Sought" including subparts 1-20 are construed as

5088108.1

averments of fact against Janet Daugherty, the same are denied. Nurse Daugherty denies the Plaintiff is entitled to the relief that he seeks.

## V. RELIEF SOUGHT

RESPONSE: Nurse Daugherty denies the Plaintiff is entitled to the relief he seeks.

## VI. JURY DEMAND

RESPONSE: Nurse Daugherty likewise requests a jury trial. The remainder of this paragraph is a legal conclusion and therefore Nurse Daugherty does not need to respond. To the extent any response is necessary, Nurse Daugherty denies the allegations contained in this paragraph of the Amended Complaint.

## AFFIRMATIVE DEFENSES

1.     At all times relevant herein, Nurse Daugherty acted in good faith in the performance of her official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Thus, Nurse Daugherty is protected from suit by the Doctrine of Qualified Immunity.

2.     To the extent that Plaintiff has failed to exhaust his administrative remedies prior to the initiation of this cause of action, Plaintiff's claims are barred by the Prison Litigation Reform Act and other applicable statutes.

3.     To the extent Plaintiff's claims are against Nurse Daugherty in her official capacity, the claims are barred by the Eleventh Amendment.

WHEREFORE, having fully answered Plaintiff's Amended Complaint, Defendant Janet Daugherty respectfully requests to be dismissed with cost to Plaintiff and for such other and further relief as the Court deems just and proper.

5088108.1

SANDBERG PHOENIX & von GONTARD P.C.

By:    ___*s/Jonathan W. McCrary*_____

Timothy P. Dugan, #6271610
Jonathan W. McCrary, #6314603
600 Washington Avenue - 15th Floor
St. Louis, MO  63101-1313
314-231-3332
314-241-7604 (Fax)
tdugan@sandbergphoenix.com
jmccrary@sandbergphoenix.com
*Attorneys for Defendants*

### Certificate of Service

I hereby certify that on the 17th day of April, 2014, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

*Ashley Barrett Carter*
*Office of the Attorney General*
*500 South Second Street*
*Springfield, IL 62706*
*Attorneys for Thomas Spiller, James Blades and Jody Gogetting*

I hereby certify that on the 17th day of April, 2014, the foregoing was mailed by United States Postal Service to the following non-participant in Electronic Case Filing:

*Chester O'Quinn, #K92939*
*Pinckneyville Correctional Center*
*5835 State Route 154*
*P. O. Box 999*
*Pinckneyville, IL 62274*
*Pro Se*

_____*s/Jonathan W. McCrary*_____

5088108.1