UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHESTER O'QUINN, <br><br> Plaintiff, <br><br> v. <br><br> DONALD GAETZ, THOMAS SPILLER, S.A. GODINEZ, DR. V. SHAH, A. RECTOR, MR. BLADES, JODY GOGETTING, JANET DAUGHERTY, NURSE AMY, NURSE ABBY and OFFICER OLMSTED, <br><br> Defendants. | Case No. 13-cv-1342-JPG-PMF |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 117) of Magistrate Judge Philip M. Frazier recommending that the Court deny plaintiff Chester O'Quinn's motion for an emergency injunction or temporary restraining order (Doc. 97), motion for future and current temporary restraining order (Doc. 100), motion for immediate emergency temporary restraining order and injunctive relief (Doc. 103) and motion for current and future injunctive orders (Doc. 108).

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. It has reviewed the Report and finds it is not clearly erroneous and, accordingly:

- **ADOPTS** the Report in its entirety (Doc. 117);

- **DENIES** O'Quinn's motion for an emergency injunction or temporary restraining order (Doc. 97);

- **DENIES** O'Quinn's motion for future and current temporary restraining order (Doc. 100);

- **DENIES** O'Quinn's motion for immediate emergency temporary restraining order and injunctive relief (Doc. 103); and

- **DENIES** O'Quinn's motion for current and future injunctive orders (Doc. 108).

**IT IS SO ORDERED.**
**DATED:   December 8, 2014**

           s/J. Phil Gilbert
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**