UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHESTER O'QUINN, <br><br> Plaintiff, <br><br> v. <br><br> DONALD GAETZ, THOMAS SPILLER, S.A. GODINEZ, DR. V. SHAH, A. RECTOR, MR. BLADES, JODY GOGETTING, JANET DAUGHERTY, NURSE AMY, NURSE ABBY and OFFICER OLMSTED, <br><br> Defendants. | Case No. 13-cv-1342-JPG-PMF |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 125) of Magistrate Judge Philip M. Frazier recommending that the Court deny plaintiff Chester O'Quinn's open motion for relief (Doc. 120).  Magistrate Judge Frazier found that O'Quinn's requests had been addressed in prior orders denying similar motions and that the prior orders do not warrant reconsideration.  O'Quinn has objected to the Report citing a number of events unrelated to wrongs alleged in this case (Doc. 127).

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation.  Fed. R. Civ. P. 72(b)(3).  The Court must review *de novo* the portions of the report to which objections are made. *Id.*  "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error."  *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has reviewed O'Quinn's objection and the entire case *de novo* and has concluded that Magistrate Judge Frazier was correct in the Report for the reasons stated therein. Accordingly, the Court **ADOPTS** the Report in its entirety (Doc. 125) **DENIES** O'Quinn's open motion for relief (Doc. 120).

**IT IS SO ORDERED.**
**DATED:  January 23, 2015**

s/J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**