**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **CHESTER O'QUINN,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | )     Case No. 3:13-cv-1342-JPG-PMF |
| | ) |
| **DONALD GAETZ, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

Before the Court is plaintiff Chester O'Quinn's notice or open motion for temporary relief, which is evaluated as a motion for a preliminary injunction (Doc. No. 144). The motion is opposed (Doc. No. 146). A reply is on file (Doc. No. 149). Numerous motions of this type have been filed and rejected in the past (Doc. Nos. 15, 78, 103, 120, 123, 129). In the current motion, O'Quinn seeks an order directing defendant Shah to either provide him with certain medications that have successfully treated one of his skin conditions in the past or refer him to an outside doctor for decisions regarding necessary skin care. He believes Shah's conduct qualifies as negligence, malpractice, retaliation, or amounts to a conflict of interest. Plaintiff's medical claims include a complaint about inadequate treatment of symptoms related to a spider bite in 2013 (Doc. No. 10, p. 8). Shah's response to plaintiff's concerns regarding skincare is a relatively recent dispute (arising in April, 2015) which is not at issue in this lawsuit. For reasons previously discussed in rulings on prior motions seeking relief in the nature of a preliminary injunction, this motion lacks merit. As plaintiff has had ample opportunity to be heard on the question of preliminary injunctive relief and remains undeterred from filing motions lacking merit, he should be restricted from filing additional motions of this nature.

IT IS RECOMMENDED that the most recent motion (Doc. No. 144) be DENIED.

IT IS FURTHER RECOMMENDED that plaintiff be barred from filing additional motions in this action seeking relief in the nature of a preliminary injunction.

IT IS FURTHER RECOMMENDED that the filing restrictions recommended on September 24, 2014 (Doc. No. 109) be reconsidered and imposed.

**SUBMITTED: June 23, 2015.**

   s/Philip M. Frazier
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**